**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| JIMMY LEE WILLIAMS, ) <br> ADC # 111234 ) <br>    Petitioner, ) <br> v. ) <br> ) <br> RAY HOBBS, Director, ) <br> Arkansas Department of Correction ) <br>    Respondent. ) | **Case No. 5:12-CV-00455 KGB-JTK** |

## ORDER FOR SUPPLEMENTATION

Petitioner shall submit briefing explaining whether he believes he is entitled to equitable tolling under *Holland v. Florida*, 560 U.S. 631 (2010) and any subsequent case law. Said briefing should specifically set out how and why the elements are satisfied under current law. This shall be submitted by February 3, 2014.

Respondent shall respond by February 19, 2014. The response shall address whether equitable tolling is appropriate, the effect of *Martinez v. Ryan*, and the merits of Petitioner's claims.

Respondent shall submit copies of Petitioner's direct appeal and Rule 37 review. The verified and unverified Rule 37.1 petitions that were submitted to the Ouachita Circuit Court are of particular importance. These materials are due by February 3, 2014.

SO ORDERED this 17th day of January, 2014.

_____
United States Magistrate Judge